■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON R. MUCHA, Appellant. [617 NYS2d 688] —Judgment unanimously affirmed. Memorandum: Defendant contends that he was denied a fair trial by the prosecutor's improper comments during summation. All but one of the alleged errors are unpreserved for review *(see,* CPL 470.05 [2]), and we decline to review them as a matter of discretion in the interest of justice *(see,* CPL 470.15 [6] [a]). Because the error that was preserved was "not so egregious or prejudicial as to deprive defendant of a fair trial, reversal is not warranted" *(People v Dawkins,* 203 AD2d 957, 958, citing *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837; *see, People v Widger,* 126 AD2d 962). (Appeal from Judgment of Erie County Court, McCarthy, J.—Burglary, 3rd Degree.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.

■ GARY GINTER, Appellant, v GEORGE M. RAUS, JR., et al., Respondents. [618 NYS2d 608] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Dismiss Complaint.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.

■ CAROLINE R. GARBATY, Respondent, v EDWARD A. GARBATY, Appellant. [617 NYS2d 677] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Judgment of Supreme Court, Niagara County, Koshian, J.—Divorce.) Present—Green, J. P., Balio, Wesley, Callahan and Boehm, JJ.